```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2738

 5  Attorneys for Plaintiff
    United States of America
 6
 7
```

**FILED**

JUN 2 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: SEALED MATTER ) NO. 2 06 - MJ - 0 1 7 3 DAD
) 
) EX PARTE APPLICATION TO FILE
) COMPLAINT AND DOCUMENTS
) IN CAMERA AND UNDER SEAL;
) [PROPOSED] ORDER
)
) [IN CAMERA AND UNDER SEAL]
)
)

**APPLICATION**

The United States of America hereby applies to this Court for an order sealing the complaint, this application, and the order to seal, until further order of the Court. In the present case, as set forth in the affidavit in support of the complaint, the premature disclosure of the complaint and affidavit filed in support thereof in this case would potentially compromise the government's ongoing investigation of this matter.

Dated: June 21, 2006

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

/s/ S. Robert Tice-Raskin
S. ROBERT TICE-RASKIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1

# ORDER

The United States of America has applied to this Court for an order permitting it to file certain documents under seal. Upon consideration of the application and the entire record herein, IT IS HEREBY ORDERED that the complaint, the application to seal, and this order shall be filed with this Court in camera and under seal and shall not be disclosed to any person unless otherwise ordered by this Court. The complaint may be presented to defendants, their counsel and Pretrial Services after a defendant or defendants are arrested.

DATED: This 21st day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE